**FILED**

January 3, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ MR _____
Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

UNITED STATES OF AMERICA

    **Plaintiff**

    **v**

**ADEN ETHAN CANTU
aka GLOCK MAYNE**

    **Defendant**

**Case No: SA:24-CR-00006-FB**

**INDICTMENT**

**COUNT 1:** 18 U.S.C. § 922(o) – Possession of a Machinegun

**THE GRAND JURY CHARGES:**

**COUNT ONE
[18 U.S.C. § 922(o)]**

On or about December 15, 2023, in the Western District of Texas, the defendant,

**ADEN ETHAN CANTU,
aka GLOCK MAYNE,**

knowingly possessed at least one machinegun, that is:

- a Glock, Model 19, 9mm pistol, bearing serial number XUM827 on the frame and serial number BBZS304 on the slide;

- a Glock, Model 19, 9mm pistol, bearing serial number BTXE433;

- a Glock, Model 23, .40 caliber pistol, bearing serial number SUA548 on the frame and serial number WEA365 on the slide;

- a Glock, Model 23, .40 caliber pistol, bearing serial number AERC528; and

and did so knowing and being aware that each firearm was equipped with a machinegun conversion device that made the firearm capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### I.
### Firearms Violations and Forfeiture Statutes
### [Title 18 U.S.C. § 922(o), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violations set forth above, the United States of America gives notice to Defendant ADEN ETHAN CANTU of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c), which states:

**Title 18 U.S.C. § 924. Penalties**
**(d)(1)** Any firearm or ammunition involved in or used in any . . . willful violation of any other provision of this chapter or any rule or regulation promulgated thereunder, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

1. Glock, Model 19, 9mm pistol, bearing serial number XUM827 on the frame and serial number BBZS304 on the slide;
2. Glock, Model 19, 9mm pistol, bearing serial number BTXE433;
3. Glock, Model 23, .40 caliber pistol, bearing serial number SUA548 on the frame and serial number WEA365 on the slide;
4. Glock, Model 23, .40 caliber pistol, bearing serial number AERC528; and
5. Any and all firearms, ammunition, machinegun conversion devices, and/or firearm accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR JOHN A. FEDOCK
Assistant United States Attorney

2