UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. SA-24-CR-00006 – DAE |
| | § | |
| ADEN ETHAN CANTU | § | |

**DEFENDANT ADEN ETHAN CANTU'S SECOND UNOPPOSED MOTION FOR CONTINUANCE OF PLEA DEADLINE, DOCKET CALL, AND JURY TRIAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ADEN ETHAN CANTU, Defendant, and under the Eighth Amendment to the United States Constitution and 18 U.S.C. 316(h)(8), respectfully moves the Court for an Order continuing the trial in this matter sixty (60) days. In support of this motion Defendant would show the court as follows:

1. Defendant is charged with possession of at least one machine gun.

2. The deadline for notifying the Court of any plea agreement is April 12, 2024.

3. Jury selection and trial are set April 29, 2024.

4. Attorney for Defendant needs additional time to complete review of discovery and meet with his client, moves the court to continue this matter 60 days.

5. This motion is not made for purposes of delay but that justice may be done.

6. The Defendant waives the right to a speedy trial, conditioned upon the Court's granting of this motion.

7. Counsel for Defendant has conferred with Assistant United States Attorney John A. Fedock, who does not oppose the Court granting of this motion.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court enter its order continuing this cause until some future date, or, in the alternative, sets this motion for

hearing.

        Respectfully submitted,

        */s/ Tony Hernandez*

        Tony Hernandez
        732 Culebra
        San Antonio, Texas 78201
        Tel: (210) 732-7112
        State Bar No.: 00786380
        E-mail: jahlawsatx@outlook.com
        Attorney for ADEN ETHAN CANTU

## CERTIFICATE OF SERVICE

This is to certify that on April 12, 2024, I electronically filed the above Motion for Continuance with the Clerk of the Court using the CM/ECF system, which will serve a copy on Assistant United States Attorney John A. Fredock.

        */s/ Tony Hernandez*
        Tony Hernandez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
NO. SA-24-CR-00006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **vs.** | § § § | NO. SA-24-CR-00006-DAE |
| **ADEN ETHAN CANTU** | § | |

### ORDER ON DEFENDANT ADEN ETHAN CANTU'S SECOND UNOPPOSED MOTION FOR CONTINUANCE OF PLEA DEADLINE, DOCKET CALL, AND JURY TRIAL

Defendant ADEN ETHAN CANTU'S Motion for Continuance is hereby:

_____   GRANTED

_____   DENIED

Signed in San Antonio, Texas on _____, 2024.

_____
Honorable DAVID A. EZRA, SENIOR UNITED
STATES DISTRICT JUDGE